**UNITED STATES COURT OF INTERNATIONAL TRADE**       **FORM  1**

| | |
|---|---|
| SPECTOR & CO.<br><br>                              **Plaintiff,**<br><br>   **v.**<br><br>**UNITED STATES,**<br>                              **Defendant.** | **S U M M O N S**<br><br>**Court No.**   22-00165 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 0712 | Center (if known): | CEE008 |
| Protest Number: | 0712-20-101147<br>Cont'd in the Schedule of Protests | Date Protest Filed: | 12/09/2020<br>Cont'd in the Schedule of Protests |
| Importer: | Spector & Co. | Date Protest Denied: | 12/08/2021<br>Cont'd in the Schedule of Protests |
| Category of Merchandise: | Various, see attached | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| SCS60171239 | 07/22/2019 | 06/19/2020 | | | |
| Continued in the | Schedule of Protests | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, P.A.
675 Third Avenue, Suite 1805-06
New York, NY 10017
212-549-0137
jkenner@strtrade.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff  Classification | Rate |
| See attached sheet | | | | |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Plaintiff challenged CBP's  classification of the merchandise at liquidation. |

| The issue which was common to all such denied protests: Whether Customs properly classified the imported merchandise. |
|---|

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2).  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid.

/s/Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

June 1, 2022
_____
*Date*

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| **Assessed** | | | **Protest Claim** | |
| **Merchandise** | **Tariff Classification** | **Rate** | **Tariff Classification** | **Rate** |
| COFFEE CUP, VINYL SLEEVED BOTTLE COOLER | 3924104000 | 3.4% | 9802.00.50.60 | Either<br>A duty upon the value of the repairs or alterations and/or Free |
| COASTERS | 3924905650/99038815 | 3.4% + 7.5% | | |
| VINYL JOURNAL COVER, AND OTHER COVERS | 3926100000 | 5.3% | | |
| LUGGAGE TAG AND OTHER SIMILAR ITEMS | 3926909990/99038803 | 5.3% + 25% | | |
| ATACHE,BRIEFCASES & SIMILAR CONTAINER,OF MAN MADE FIBER | 4202128130/99038803 | 17.6% + 25% | | |
| CARD CASE, CARDHOLDER OF REPTILE LEATHER | 4202313000/99038803 | 3.7% + 25% | | |
| WALLETS CIG.CASES POWDER CASES ETC. OF LEATHER N/REPTILE | 4202316000/99038803 | 8% + 25% | | |
| CIG.CASES,PWDER CASES,ETC. FOR PCKET/HNDBAG:OTHER PLASTIC | 4202322000/99038803 | 20% + 25% | | |
| BACKPACKS OF MN-MDE FIBERS, OUTER SURFACE OF TEXTILE MATERIA | 4202923120/99038803 | 17.6% + 25% | | |
| DUFFLE BAG | 4202923131/99038803 | 17.6% + 25% | | |
| TRAVEL & SPORTS BAGS: SURFACE OF PLASTIC SHEETING | 4202924500/99038803 | 20% + 25% | | |
| WAIST BAG, DUFFLE BAG | 4202929700/99038803 | 17.6% + 25% | | |
| REPTILE LEATHER ARTICLES NSPF | 4205006000/99038803 | 4.9% + 25% | | |
| LUGGAGE TAG | 4205008000/99038803 | Free + 25% | | |
| BAMBOO PEN AND CARD STAND,BAMBOO 4PC COASTER SET  WITH HOLDER | 4421919780/99038803 | 3.3% + 25% | | |
| BAMBOO PEN AND CARD STAND,BAMBOO 4PC COASTER SET  WITH HOLDER | 4421999780/99038803 | 3.3% + 25% | | |
| CARBOARD BOX | 4819200040/99038803 | Free + 25% | | |
| DIARIES AND ADDRESS BOOKS OF PAPER OR PAPERBOARD, BOUND | 4820102010/99038803 | Free + 25% | | |
| MEMORANDUM PADS, LETTER PADS AND SIMILAR ARTICLES | 4820102020/99038803 | Free + 25% | | |
| NOTEBOOK,BOUND,OTHER,MEASURE 152.4-381MMX225.5-38MM | 4820102040/99038803 | Free + 25% | | |
| NOTEBOOKS, BOUND, OF PAPER OR PAPERBOARD, OTHER | 4820102060/99038803 | Free + 25% | | |
| REFILLABLE PORTFOLIO/3–RING BINDER | 4820300040/99038803 | Free + 25% | | |
| ZINC ARTICLES, OTHER, NSPF | 7907006000/99038803 | 3% + 25% | | |
| HAND-OPERATED MECH APPL,10 KG OR LESS,USE TO PREP FOOD/DRINK | 8210000000/99038803 | 3.7% + 25% | | |
| BBQ SET | 8215200000/99038803 | Free + 25% | | |
| FORKS OTHER, VALUED OVER $.25 EACH | 8215991500/99038803 | 0.4¢ each + 4.8% + 25% | | |
| WIRELESS OPTICAL MOUSE | 8471609050/99038803 | Free + 25% | | |
| MACH PRTS UNDER HEADING 8471,N/CATHODE,OTHER | 8473305100/99038803 | Free + 25% | | |
| STATIC CONVERTERS FOR TELECOMMUNICATION APPARATUS | 8504408500/99038803 | Free + 25% | | |
| OTHER STORAGE BATTERIES,LITHIUM-ION BATTERIS | 8507600020/99038815 | 3.4% + 7.5% | | |
| HUMIDIFIERS, OTHER | 8509805080/99038815 | 4.2% + 7.5% | | |
| SINGLE LOUDSPEAKERS, MOUNTED IN THEIR ENCLOSURES | 8518210000 | Free | | |
| HEADPHONES, EARPHONES AND COMBINED MICROPHONE/ SPEAKER,OTHER | 8518302000 | Free | | |
| RADIO BROADCAST RECEIVERS W/SOUND RECORD/REPROD APPAR,OTHER | 8527136080 | Free | | |
| RADIO BROADCAST RECEIVERS, OTHER | 8527195025 | Free | | |
| ELEC. CNDCTR:FITTED W/CONNECTOR;VOLTS N/O 1000V,OTHER | 8544429090/99038803 | 2.6% + 25% | | |
| GYMNASIUM,PLAYGRND/OTH EXERCISE ARTICLES/EQUIPMENT; OTHER | 9506910030/99038815 | 4.6% + 7.5% | | |
| BALL POINT PENS | 9608100000//99038815 | 0.8¢ each + 5.4% + 7.5% | | |
| FELT TIPPED AND OTHER POROUS-TIPPED PENS AND MARKERS | 9608200000/99038815 | 4% + 7.5% | | |
| PROPELLING/SLIDING/MECHANICAL PENCILS, W/EXTENDING ACTION | 9608404000/99038815 | 6.6% + 7.5% | | |

Form 1-3

# SCHEDULE OF PROTESTS

CEE008
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 0712-20-101147 | 12/9/2020 | 12/08/2021 | SCS60171239 | 07/22/2019 | 06/19/2020 | 0712 |
| 0712-20-101146 | 12/9/2020 | 12/08/2021 | SCS60352813 | 07/23/2019 | 06/19/2020 | 0712 |
| 0712-20-101148 | 12/9/2020 | 12/08/2021 | SCS60542686 | 07/24/2019 | 06/19/2020 | 0712 |
| 0712-20-101144 | 12/9/2020 | 12/08/2021 | SCS60748150 | 07/25/2019 | 06/19/2020 | 0712 |
| 0712-20-101154 | 12/15/2020 | 12/08/2021 | SCS61187028 | 07/29/2019 | 06/26/2020 | 0712 |
| 0712-20-101152 | 12/15/2020 | 12/08/2021 | SCS61368552 | 07/30/2019 | 06/26/2020 | 0712 |
| 0712-20-101153 | 12/15/2020 | 12/08/2021 | SCS61543469 | 07/31/2019 | 06/26/2020 | 0712 |
| 0712-20-101161 | 12/15/2020 | 12/08/2021 | SCS61747433 | 08/01/2019 | 06/26/2020 | 0712 |
| 0712-20-101160 | 12/18/2020 | 12/08/2021 | SCS62165551 | 08/05/2019 | 06/26/2020 | 0712 |
| 0712-20-101162 | 12/18/2020 | 12/08/2021 | SCS62372454 | 08/06/2019 | 06/26/2020 | 0712 |
| 0712-20-101165 | 12/22/2020 | 12/08/2021 | SCS62768925 | 08/08/2019 | 07/03/2020 | 0712 |
| 0712-20-101166 | 12/22/2020 | 12/08/2021 | SCS62939369 | 08/09/2019 | 07/03/2020 | 0712 |
| 0712-21-101172 | 1/5/2021 | 12/08/2021 | SCS63724703 | 08/15/2019 | 07/10/2020 | 0712 |
| 0712-21-101182 | 1/8/2021 | 12/08/2021 | SCS63171087 | 08/20/2019 | 07/17/2020 | 0712 |
| 0712-21-101198 | 1/13/2021 | 12/10/2021 | SCS63886023 | 08/16/2019 | 07/17/2020 | 0712 |
| 0712-21-101199 | 1/13/2021 | 12/10/2021 | SCS64101190 | 08/19/2019 | 07/17/2020 | 0712 |
| 0712-21-101191 | 1/12/2021 | 12/10/2021 | SCS63356365 | 08/20/2019 | 07/17/2020 | 0712 |
| 0712-21-101200 | 1/13/2021 | 12/10/2021 | SCS64273502 | 08/20/2019 | 07/17/2020 | 0712 |
| 0712-21-101209 | 1/13/2021 | 12/10/2021 | SCS64653869 | 08/22/2019 | 07/17/2020 | 0712 |
| 0712-21-101225 | 1/20/2021 | 12/10/2021 | SCS65096134 | 08/26/2019 | 07/24/2020 | 0712 |
| 0712-21-101226 | 1/20/2021 | 12/10/2021 | SCS65267065 | 08/27/2019 | 07/24/2020 | 0712 |
| 0712-21-101224 | 1/20/2021 | 12/10/2021 | SCS65454291 | 08/28/2019 | 07/24/2020 | 0712 |
| 0712-21-101239 | 1/25/2021 | 12/10/2021 | SCS65661754 | 08/29/2019 | 07/31/2020 | 0712 |
| 0712-21-101243 | 1/27/2021 | 12/10/2021 | SCS65870967 | 08/30/2019 | 07/31/2020 | 0712 |
| 0712-21-101247 | 1/27/2021 | 12/10/2021 | SCS66269227 | 09/03/2019 | 07/31/2020 | 0712 |
| 0712-21-101245 | 1/27/2021 | 12/10/2021 | SCS66441172 | 09/04/2019 | 07/31/2020 | 0712 |
| 0712-21-101244 | 1/27/2021 | 12/10/2021 | SCS67191511 | 09/10/2019 | 07/31/2020 | 0712 |
| 0712-21-101257 | 2/2/2021 | 12/10/2021 | SCS67231655 | 09/10/2019 | 08/07/2020 | 0712 |
| 0712-21-101254 | 2/1/2021 | 12/10/2021 | SCS67665837 | 09/12/2019 | 08/07/2020 | 0712 |
| 0712-21-101268 | 2/5/2021 | 12/10/2021 | SCS67851973 | 09/13/2019 | 08/14/2020 | 0712 |
| 0712-21-101261 | 2/4/2021 | 12/10/2021 | SCS68095083 | 09/16/2019 | 08/14/2020 | 0712 |
| 0712-21-101266 | 2/5/2021 | 12/10/2021 | SCS68304196 | 09/17/2019 | 08/14/2020 | 0712 |
| 0712-21-101265 | 2/5/2021 | 12/10/2021 | SCS68680926 | 09/19/2019 | 08/14/2020 | 0712 |
| 0712-21-101277 | 2/12/2021 | 12/13/2021 | SCS68878256 | 09/20/2019 | 08/21/2020 | 0712 |
| 0712-21-101276 | 2/12/2021 | 12/13/2021 | SCS69156843 | 09/23/2019 | 08/21/2020 | 0712 |
| 0712-21-101279 | 2/12/2021 | 12/13/2021 | SCS69365469 | 09/24/2019 | 08/21/2020 | 0712 |
| 0712-21-101278 | 2/12/2021 | 12/13/2021 | SCS69560382 | 09/25/2019 | 08/21/2020 | 0712 |
| 0712-21-101274 | 2/12/2021 | 12/13/2021 | SCS69756535 | 09/26/2019 | 08/21/2020 | 0712 |
| 0712-21-101280 | 2/15/2021 | 12/13/2021 | SCS69947951 | 09/27/2019 | 08/28/2020 | 0712 |
| 0712-21-101275 | 2/12/2021 | 12/13/2021 | SCS70227807 | 09/30/2019 | 08/21/2020 | 0712 |

Form 1-3

# SCHEDULE OF PROTESTS

CEE008
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 0712-21-101283 | 2/16/2021 | 12/13/2021 | SCS70433538 | 10/01/2019 | 08/21/2020 | 0712 |
| 0712-21-101285 | 2/17/2021 | 12/13/2021 | SCS70630349 | 10/02/2019 | 08/28/2020 | 0712 |
| 0712-21-101286 | 2/17/2021 | 12/13/2021 | SCS70815189 | 10/03/2019 | 08/28/2020 | 0712 |
| 0712-21-101294 | 2/24/2021 | 12/13/2021 | SCS70982526 | 10/04/2019 | 09/04/2020 | 0712 |
| 0712-21-101296 | 2/25/2021 | 12/13/2021 | SCS71238605 | 10/07/2019 | 09/04/2020 | 0712 |
| 0712-21-101297 | 2/25/2021 | 12/13/2021 | SCS71400015 | 10/08/2019 | 09/04/2020 | 0712 |
| 0712-21-101298 | 2/25/2021 | 12/13/2021 | SCS71591714 | 10/09/2019 | 09/04/2020 | 0712 |
| 0712-21-101300 | 2/26/2021 | 12/13/2021 | SCS71788344 | 10/10/2019 | 09/04/2020 | 0712 |
| 0712-21-101329 | 3/4/2021 | 12/13/2021 | SCS71974159 | 10/11/2019 | 09/11/2020 | 0712 |
| 0712-21-101325 | 3/4/2021 | 12/13/2021 | SCS72889554 | 10/17/2019 | 09/11/2020 | 0712 |
| 0712-21-101326 | 3/4/2021 | 12/13/2021 | SCS73060361 | 10/18/2019 | 09/11/2020 | 0712 |
| 0712-21-101327 | 3/4/2021 | 12/13/2021 | SCS73350051 | 10/21/2019 | 09/11/2020 | 0712 |
| 0712-21-101328 | 3/4/2021 | 12/13/2021 | SCS73557481 | 10/22/2019 | 09/11/2020 | 0712 |
| 0712-21-101333 | 3/10/2021 | 12/13/2021 | SCS73741747 | 10/23/2019 | 09/18/2020 | 0712 |
| 0712-21-101337 | 3/11/2021 | 01/11/2022 | SCS73925449 | 10/24/2019 | 09/18/2020 | 0712 |
| 0712-21-101338 | 3/11/2021 | 01/11/2022 | SCS74110702 | 10/27/2019 | 09/18/2020 | 0712 |
| 0712-21-101340 | 3/11/2021 | 01/11/2022 | SCS74384067 | 10/28/2019 | 09/25/2020 | 0712 |
| 0712-21-101339 | 3/11/2021 | 01/11/2022 | SCS74551699 | 10/29/2019 | 09/18/2020 | 0712 |
| 0712-21-101341 | 3/11/2021 | 01/11/2022 | SCS74747982 | 10/30/2019 | 09/25/2020 | 0712 |
| 0712-21-101336 | 3/11/2021 | 01/11/2022 | SCS74751810 | 10/30/2019 | 09/25/2020 | 0712 |
| 0712-21-101334 | 3/10/2021 | 01/11/2022 | SCS74923591 | 10/31/2019 | 09/25/2020 | 0712 |
| 0712-21-101342 | 3/15/2021 | 01/11/2022 | SCS75104274 | 11/01/2019 | 10/02/2020 | 0712 |
| 0712-21-101343 | 3/15/2021 | 01/11/2022 | SCS75367400 | 11/04/2019 | 09/25/2020 | 0712 |
| 0712-21-101359 | 3/18/2021 | 01/11/2022 | SCS75562729 | 11/05/2019 | 10/02/2020 | 0712 |
| 0712-21-101345 | 3/16/2021 | 01/11/2022 | SCS75765058 | 11/06/2019 | 10/02/2020 | 0712 |
| 0712-21-101344 | 3/16/2021 | 01/11/2022 | SCS75924895 | 11/07/2019 | 10/02/2020 | 0712 |
| 0712-21-101351 | 3/18/2021 | 01/11/2022 | SCS76114405 | 11/08/2019 | 10/09/2020 | 0712 |
| 0712-21-101355 | 3/18/2021 | 01/11/2022 | SCS76375725 | 11/11/2019 | 10/09/2020 | 0712 |
| 0712-21-101357 | 3/18/2021 | 01/11/2022 | SCS77528397 | 11/19/2019 | 10/16/2020 | 0712 |
| 0712-21-101358 | 3/18/2021 | 01/11/2022 | SCS77942804 | 11/21/2019 | 10/23/2020 | 0712 |
| 0712-21-101383 | 3/23/2021 | 01/11/2022 | SCS79289899 | 12/02/2019 | 10/30/2020 | 0712 |
| 0712-21-101379 | 3/23/2021 | 01/11/2022 | SCS79524493 | 12/03/2019 | 10/23/2020 | 0712 |
| 0712-21-101380 | 3/23/2021 | 01/11/2022 | SCS79697158 | 12/04/2019 | 10/30/2020 | 0712 |
| 0712-21-101381 | 3/23/2021 | 01/11/2022 | SCS79890118 | 12/05/2019 | 10/30/2020 | 0712 |
| 0712-21-101382 | 3/23/2021 | 01/11/2022 | SCS80326359 | 12/09/2019 | 11/06/2020 | 0712 |
| 0712-21-101455 | 3/31/2021 | 01/11/2022 | SCS80887855 | 12/12/2019 | 11/06/2020 | 0712 |
| 0712-21-101454 | 3/31/2021 | 01/11/2022 | SCS81089592 | 12/13/2019 | 11/13/2020 | 0712 |
| 0712-21-101453 | 3/31/2021 | 01/11/2022 | SCS81375975 | 12/16/2019 | 11/06/2020 | 0712 |
| 0712-21-101452 | 3/31/2021 | 01/11/2022 | SCS81566409 | 12/17/2019 | 11/13/2020 | 0712 |
| 0712-21-101451 | 3/31/2021 | 01/11/2022 | SCS81761091 | 12/18/2019 | 11/13/2020 | 0712 |

Form 1-3

# SCHEDULE OF PROTESTS

CEE008
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 0712-21-101416 | 3/30/2021 | 01/11/2022 | SCS82959892 | 12/30/2019 | 11/27/2020 | 0712 |
| 0712-21-101258 | 2/3/2021 | 02/01/2022 | SCS67471798 | 09/11/2019 | 08/07/2020 | 0712 |
| 0712-20-101167 | 12/23/2020 | 03/08/2022 | SCS61928389 | 08/02/2019 | 06/26/2020 | 0712 |
| 0712-20-101169 | 12/30/2020 | 03/08/2022 | SCS63556444 | 08/14/2019 | 07/10/2020 | 0712 |
| 0712-21-101246 | 1/27/2021 | 03/08/2022 | SCS67081100 | 09/09/2019 | 07/31/2020 | 0712 |
| 0712-21-101267 | 2/5/2021 | 03/08/2022 | SCS68511659 | 09/18/2019 | 08/14/2020 | 0712 |
| 0712-21-101323 | 3/4/2021 | 03/08/2022 | SCS72414577 | 10/15/2019 | 09/11/2020 | 0712 |
| 0712-21-101324 | 3/4/2021 | 03/08/2022 | SCS72694780 | 10/16/2019 | 09/11/2020 | 0712 |
| 0712-21-101223 | 1/20/2021 | 12/10/2022 | SCS64863500 | 8/23/2019 | 07/24/2020 | 0712 |